AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __M. Ramirez__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 7:23-MJ-229 |
| Samuel SANDOVAL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2023__ in the county of __MIDLAND__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(j) | Possession of Stolen Firearms |

This criminal complaint is based on these facts:
See attachment

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ James Dolan
*Complainant's signature*

James Dolan MPD Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/28/2023

*Judge's signature*

City and state: Midland, Texas

U.S. Magistrate Judge Ronald Griffin
*Printed name and title*

**AFFIDAVIT**         7:23-MJ-229

I, James Dolan, a Detective with the Midland Texas Police Department, currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) on Midland Odessa Violent Crimes Task Force, being duly sworn state:

1. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Midland Texas Police Department as a police officer and detective for approximately 19 years and have participated in numerous narcotics investigations involving firearms violations. I have also attended courses based on investigating Narco-Terrorism and interdiction. In addition, I have operated in an undercover capacity during investigations where narcotics were purchased.

2. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Samuel SANDOVAL**, on or about August 25, 2023, in the Western District of Texas, knowingly possessed, received, concealed, or stored a stolen firearm, to wit: a black Ruger 9E 9mm Pistol (S/N:33799306/manufactured in Prescott, AZ.), which had been shipped and transported in interstate and/or foreign commerce, knowing or having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

CURRENT OFFENSE

3. On Friday, August 25th, 2023, at approximately 1440 hours, officers with the Midland Police Department were patrolling the 100 block of N Andrews Hwy when officers observed a black passenger commit multiple traffic violations. Officers activated their emergency lights and stopped the vehicle at or near 2405 W Missouri Avenue in Midland, Texas, in the Western District of Texas.

4. Officers contacted the driver of the vehicle. Officers also observed a female front seat passenger of the vehicle. Officers identified the driver of the vehicle as Samuel SANDOVAL.

SANDOVAL was unable to provide a driver's license to officers. SANDOVAL failed to produce financial responsibility documentation to officers.

5. Officers ran both SANDOVAL and the female passenger through TCIC/NCIC. Officers confirmed that the female passenger had an active warrant out for her arrest for a probation violation.

6. SANDOVAL provided verbal consent to officers to search the vehicle.

7. Officers located a backpack directly behind the driver seat where SANDOVAL had previously been observed sitting that was within arm's reach of SANDOVAL. Officers searched the backpack and located and recovered a black Ruger 9E 9mm Pistol (S/N:33799306/manufactured in Prescott, AZ.) Officers confirmed that the firearm was reported stolen in Midland, Texas earlier in 2023.

8. As part of the investigation, law enforcement ultimately confirmed that the Ruger pistol was manufactured outside the state of Texas and had therefore traveled in at least interstate commerce prior to its recovery in the Western District of Texas.

9. Both SANDOVAL and the female passenger were placed in custody and taken to the Midland Police Department for further questioning.

10. Prior to his interview, SANDOVAL was read the *Miranda* warning, which SANDOVAL advised he/SANDOVAL understood. During the interview, in summary not verbatim: SANDOVAL admitted to purchasing the Ruger pistol from someone off the streets. When asked how much SANDOVAL paid for the firearm, SANDOVAL stated $200.00. When asked by law enforcement what he/SANDOVAL thought about purchasing a firearm for $200.00, SANDOVAL stated that he thought the firearm was stolen.

11. The Ruger pistol was logged into Midland PD evidence by officers. Both the female passenger and SANDOVAL were transported to the Midland Central Detention Center. The female passenger was booked for her warrant and SANDOVAL was placed on a federal hold pending federal prosecution.

FEDERAL CRIMINAL VIOLATION

12. On or about August 25, 2023, **Samuel SANDOVAL**, did knowingly possess, receive, conceal, or store a stolen firearm, to wit: a black Ruger 9E 9mm Pistol (S/N:33799306/Prescott, AZ.), which had been shipped and transported in interstate and/or foreign commerce, knowing or

having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

13. If convicted of the alleged charge in this complaint is a term of imprisonment not to exceed ten years; a three-year maximum term of supervised release, up to a $250,000 fine, and a $100 special assessment.

14. Assistant U.S. Attorney Joseph Mahoney was notified and agreed to prosecute the case on the Federal level in the Western District of Texas.

_/s/ James Dolan_  
James Dolan  
Task Force Officer  
Bureau of Alcohol, Tobacco, Firearms and Explosives

08/28/2023  
Date

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Sworn to and subscribed before me in my presence.

_[signature]_  
Ronald C. Griffin  
United States Magistrate Judge

08/28/2023  
Date

3